### STATE v. SAMUEL J. BROWN.

(Filed 21 September, 1955.)

**Appeal and Error § 38—**

> Where the Supreme Court is evenly divided in opinion, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendant from *Nettles, J.,* February Term, 1955, of BUNCOMBE.

Upon indictment and trial by jury, defendant was found guilty of larceny as charged. From judgment pronounced, imposing a prison sentence, defendant appealed.

*Attorney-General Rodman and Assistant Attorney-General Love for the State.*

*W. W. Candler and Cecil C. Jackson for defendant, appellant.*

PER CURIAM. It is the unanimous opinion of this Court that defendant's motion for nonsuit was properly overruled.

Two members of the Court, *Winborne* and *Higgins, JJ.,* not sitting, but with *Devin, Emergency Justice,* participating in lieu of *Winborne, J.,* and the six sitting members being equally divided in opinion as to whether prejudicial error in the conduct of the trial has been shown, the judgment of the Superior Court is affirmed, without becoming a precedent. *Allen v. Ins. Co.,* 211 N.C. 736, 190 S.E. 735.

Affirmed.